Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 15−32347−VFP
        Chapter: 13
        Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Julie C Freeman
   1146 Loraine Avenue
   Plainfield, NJ 07062

Social Security No.:
   xxx−xx−1503

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on May 9, 2016.

On 5/22/20 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Vincent F. Papalia on:

Date:          July 2, 2020
Time:         08:30 AM
Location:     Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: May 26, 2020
JAN: lc

                                                          Jeanne Naughton
                                                          Clerk

```
                         United States Bankruptcy Court
                              District of New Jersey
In re:                                                          Case No. 15-32347-VFP
Julie C Freeman                                                 Chapter 13
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-2          User: admin                Page 1 of 2         Date Rcvd: May 26, 2020
                              Form ID: 185               Total Noticed: 30


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 28, 2020.
db             +Julie C Freeman,    1146 Loraine Avenue,    Plainfield, NJ 07062-2046
cr             +U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CIT,    Phelan Hallinan & Schmieg, PC,
                 400 Fellowship Road,    Suite 100,   Mt. Laurel, NJ 08054-3437
cr             +WELLS FARGO BANK, N.A. AS SERVICER FOR U.S. BANK N,    Phelan Hallinan & Schmieg, PC,
                 400 Fellowship Road,    Suite 100,   Mt. Laurel, NJ 08054-3437
515874244      +AES,   PO Box 2461,    Harrisburg, PA 17105-2461
515899043     ++ASCENDIUM EDUCATION SOLUTIONS  INC,    PO BOX 8961,   MADISON WI 53708-8961
               (address filed with court:  NAVIENT SOLUTIONS, INC ON BEHALF OF USA FUNDS,
                 ATTN: BNKRPTCY LITIGATION UNIT E 3149,     PO BOX 9430,   WILKES-BARRE, PA 18773-9430)
515874243      +Aes,   PO Box 61047,    Harrisburg, PA 17106-1047
515874246      +Chase Auto,    600 Community Drive,   Manhasset, NY 11030-3802
515874249       Chase Auto Finance,    PO Box 71,   AZ1-1352,    Phoenix, AZ 85001-0071
515874253      +Federal Loan Service,    PO Box 60610,    Harrisburg, PA 17106-0610
515874254      +Kelvin Freeman,    1146 Loraine Avenue,    Plainfield, NJ 07062-2046
516101733      +U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CIT,    ATTENTION: BANKRUPTCY DEPARTMENT,
                 MAC# D3347-014,    3476 STATEVIEW BLVD.,    FT. MILL, SC 29715-7203
515874257       U.S. Department of Education,    PO Box 4609,    Utica, NY 13504-4609
515999333      +U.S. Department of Education,    c/o Fedloan Servicing,    P.O. Box 69184,
                 Harrisburg, PA 17106-9184
515874259       U.S. Department of Education,    PO Box 530260,    Atlanta, GA 30353-0260
515874256       U.S. Department of Education,    PO Box 746000,    Atlanta, GA 30374-6000
515874260      +U.S. Department of Education,    PO Box 618064,    Chicago, IL 60661-7992
515874258       U.S. Department of Education,    National Payment Center,    PO Box 4169,
                 Greenville, TX 75403-4169
515874261      +US DEpartment of Edcuation,    PO Box 5609,    Greenville, TX 75403-5609
515874262     ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
                 ATTN BANKRUPTCY DEPT MAC X7801-014,    3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
               (address filed with court:  Wells Fargo Home Mortgage,     8480 Stagecoach Circle,
                 Frederick, MD 21701)
515874265      +Wells Fargo Home Mortgage,    PO Box 17339,    Baltimore, MD 21297-1339
515874264      +Wells Fargo Home Mortgage,    PO Box 10437,    Des Moines, IA 50306-0437
515874263       Wells Fargo Home Mortgage,    4080 Hallmark Parkway,    San Bernardino, CA 92407
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov May 27 2020 00:31:18     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 27 2020 00:31:14     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
515874250      +E-mail/Text: bk.notifications@jpmchase.com May 27 2020 00:31:04     Chase Auto Finance,
                 PO Box 31167,    Tampa, FL 33631-3167
515874247      +E-mail/Text: bk.notifications@jpmchase.com May 27 2020 00:31:04     Chase Auto Finance,
                 PO Box 5210,    New Hyde Park, NY 11042-5210
515874248      +E-mail/Text: bk.notifications@jpmchase.com May 27 2020 00:31:04     Chase Auto Finance,
                 201 N. Center Avenue,    Phoenix, AZ 85004-1071
515874252       E-mail/Text: bk.notifications@jpmchase.com May 27 2020 00:31:04     Chase Automotive Finance,
                 PO Box 15607,    Wilmington, DE 19886-1321
516100978       E-mail/PDF: ais.chase.ebn@americaninfosource.com May 27 2020 00:36:35
                 JPMorgan Chase Bank, N.A.,    National Bankruptcy Department,    P.O. BOX 901032,
                 Ft. Worth, TX 76101-2032
517543018      +E-mail/Text: GUARBKe-courtdocs@ascendiumeducation.org May 27 2020 00:30:11
                 United Student Aid Funds, Inc (USAF),    PO Box 8961,   Madison  WI 53708-8961
                                                                                              TOTAL: 8

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
515874245*     +AES,   PO Box 2461,    Harrisburg, PA 17105-2461
515874251*     +Chase Auto Finance Corp.,    PO Box 5210,   New Hyde Park, NY 11042-5210
515874255*     +Kelvin Freeman,    1146 Loraine Avenue,    Plainfield, NJ 07062-2046
                                                                                  TOTALS: 0, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0312-2          User: admin              Page 2 of 2            Date Rcvd: May 26, 2020
                              Form ID: 185             Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 28, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 26, 2020 at the address(es) listed below:
              Andrew L. Spivack    on behalf of Creditor    WELLS FARGO BANK, N.A. AS SERVICER FOR U.S. BANK
               NATIONAL ASSOCIATION, AS TRUSTEE FOR CITIGROUP MORTGAGE LOAN TRUST 2007-WFHE3, ASSET-BACKED
               PASS-THROUGH CERTIFICATES, SERIES 2007-WFHE3 nj.bkecf@fedphe.com
              Andrew L. Spivack    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR
               CITIGROUP MORTGAGE LOAN TRUST 2007-WFHE3, ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES
               2007-WFHE3 nj.bkecf@fedphe.com
              Denise E. Carlon    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Herbert B. Raymond    on behalf of Debtor Julie C Freeman herbertraymond@gmail.com,
               raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotm
               ail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemai
               ls789@gmail.com
              Marie-Ann Greenberg     magecf@magtrustee.com
              Nicholas V. Rogers    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR
               CITIGROUP MORTGAGE LOAN TRUST 2007-WFHE3, ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES
               2007-WFHE3 nj.bkecf@fedphe.com
              Sherri Jennifer Smith    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR
               CITIGROUP MORTGAGE LOAN TRUST 2007-WFHE3, ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES
               2007-WFHE3 nj.bkecf@fedphe.com,  nj.bkecf@fedphe.com
                                                                                             TOTAL: 7
```