UNITED STATES BANKRUPTCY COURT
NEW JERSEY DISTRICT OF NEW JERSEY
NEWARK DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 15-32347-VFP |
| JULIE FREEMAN | ) | CHAPTER 13 |
| DEBTOR | ) | |
| | ) | |

**NOTICE OF APPEARANCE PURSUANT TO BANKRUPTCY RULE 9010 (b) AND REQUEST FOR NOTICES UNDER BANKRUPTCY RULE 2002 REGARDING PROPERTY DESCRIBED AS 1146 LORAINE AVENUE, PLAINFIELD, NJ 07062-2046 AND THAT CERTAIN LOAN MORE SPECIFICALLY IDENTIFIED AS LOAN NUMBER *******4577**

NOW COMES U.S. Bank National Association, as Trustee for Citigroup Mortgage Loan Trust 2007-WFHE3, Asset-Backed Pass-Through Certificates, Series 2007-WFHE3, by and through its attorney Brock and Scott, PLLC, pursuant to Bankruptcy Rule 9010 and makes its appearance as a creditor in this cause and, pursuant to Bankruptcy Rule 2002, requests that it be noticed on all pleadings, documents and hearings; that it receive copies of all documents; and be added to the matrix to be served at the addresses below:

Matthew Fissel
Brock and Scott, PLLC
Attorneys at Law
302 Fellowship Road
Mount Laurel, NJ 08054
Matthew.Fissel@brockandscott.com

Wells Fargo Bank, N.A.
3476 Stateview Blvd
Fort Mill, South Carolina 29715

Please take notice that the undersigned hereby appears as counsel for U.S. Bank National Association, as Trustee for Citigroup Mortgage Loan Trust 2007-WFHE3, Asset-Backed

21-06192 BKPOC01



Pass-Through Certificates, Series 2007-WFHE3 pursuant to Bankruptcy Rule 9010(b). The undersigned's filing of this notice is limited to the instant case noted above and should not be construed as unlimited representation of the Creditor with respect to any and all matters, proceedings, or actions that may be taken in the instant case or any associated case or proceeding involving the above-named Creditor.

                  RESPECTFULLY SUBMITTED,

/s/ *Matthew K. Fissel*
Matthew Fissel
Attorney at Law (038152012)
Brock & Scott, PLLC
302 Fellowship Road
Mount Laurel, NJ 08054
844-856-6646 x 4535
704-369-0760
Matthew.Fissel@brockandscott.com

21-06192 BKPOC01